IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Applicant, | ) ) |
| v. | ) CIVIL ACTION NO. ) |
| NIKE, INC., | ) ) |
| Respondent. | ) ) ) |

## [PROPOSED] ORDER TO SHOW CAUSE

The Equal Employment Opportunity Commission (Commission) has filed an Application for an Order to Show Cause (ECF No. 1) why an administrative subpoena should not be enforced against NIKE, Inc. (Respondent).

The Commission, investigating Charge Number 551-2024-04996, issued Subpoena No. SL-25-08 pursuant to 29 U.S.C. § 161 (incorporated in Section 710 of Title VII, 42 U.S.C. § 2000e-9, which, in turn, is incorporated in Section 107(a) of the ADA, 42 U.S.C. § 12117(a)). The Subpoena was issued to Respondent on September 30, 2025.

The Commission having duly issued the Subpoena to Respondent, and Respondent having failed to fully comply, it is hereby:

ORDERED that Respondent appear on the _____ day of _____, 20___, at _____ in Courtroom _____, of the Thomas F. Eagleton United States Courthouse, 111 South 10th Street, St. Louis, Missouri 63102 (or coordinate its appearance at that time by phone), and show cause why it should not be compelled to comply with the Subpoena issued to it;

2

IT IS FURTHER ORDERED that the Commission serve Respondent with a copy of this Order to Show Cause, along with the Commission's Application and Memorandum in Support, on or before the _____ day of _____, 20\_\_\_, and file a proof of service in compliance with Rule 4(l) of the Federal Rules of Civil Procedure; and

IT IS FINALLY ORDERED that Respondent file and serve its answer to the Application no later than the _____ day of _____, 20\_\_\_\_.

Dated: _____  _____
UNITED STATES DISTRICT JUDGE