EEOC Form 136 (07/2024)

# UNITED STATES OF AMERICA
### EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## SUBPOENA

TO: Mr. Elliott J. Hill, President & CEO
NIKE, Inc.
One Bowerman Dr.
Beaverton, OR 97005

NO. SL-25-08

IN THE MATTER OF: Lucas v. NIKE, Inc.

Charge No. 551-2024-04996

Having failed to comply with previous request(s) made by or on behalf of the undersigned Commission official, YOU ARE HEREBY REQUIRED AND DIRECTED TO:

☐ Testify before: ☐ Produce and bring * or ☒ Mail * the documents described below to:

☐ Produce access to the evidence described below for the purpose of examination or copying to:

Ahlam, Abdellatif Investigator of the Equal Employment Opportunity Commission

at 1222 Spruce St., Rm. 8.100, St. Louis, MO 63103 on October 30, 2025 at 9:00 o'clock

The evidence required is

set forth on Exhibit 1, attached. Produce responsive information via the EEOC Respondent Portal at https://arc.eeoc.gov/rsp/login.jsf. For data that is too large to upload via the portal, please contact the Investigator for a Secure Share link for electronic data transfer.

To the extent Respondent maintains that it has already produced information required by this subpoena, identify the specific documents where the information may be found.

cc: via email to bkelley@littler.com
Mr. Bradford Kelley, Shareholder
Littler
815 Connecticut Ave., NW
Ste. 400
Washington, DC 20006-4046

This subpoena is issued pursuant to
☒ (Title VII) 42 U.S.C. 2000e-9   ☐ (ADEA) 29 U.S.C. 626(a)   ☐ (EPA) 29 U.S.C. 209
☐ (ADA) 42 U.S.C. 12117(a)   ☐ (GINA) 42 U.S.C. 2000ff-6   ☐ (PWFA) 42 U.S.C. § 2000gg-2(a)(1)

ISSUING OFFICIAL (Typed name, title and address)

David Davis, District Director
1222 Spruce, Rm 8.100
St. Louis, MO 63103

ON BEHALF OF THE COMMISSION

DAVID DAVIS
Digitally signed by DAVID DAVIS
Date: 2025.09.30 16:22:29 -05'00'

9/30/2025
Date

*NOTICE TO PERSON SUBPOENAED - The Commission will not pay witness fees or travel expenses for the delivery of required documents to a Commission office unless the box "Testify before" is also checked on the subpoena.

# SUBPOENA
## PROOF OF SERVICE

I hereby certify that being over 18 years of age and not a party to or any way interested in these proceedings, I duly served a copy of the subpoena on the persons named in this subpoena.

☐ in person

☒ by certified mail

☐ by leaving a copy with a responsible person, at the principal office or place of business, to wit:

| | |
|---|---|
| Name | United Agent Group Inc. |
| Position | Registered Agent |
| Address | 5708 SE 136th Ave, Ste. 2, Portland, OR 97236 |

On September 30, 2025
*(Mo, day & year)*

**DAVID DAVIS**  Digitally signed by DAVID DAVIS
Date: 2025.09.30 16:22:55 -05'00'

*(Signature of person making service)*

District Director

*(Official title, if any)*

| | |
|---|---|
| State | Missouri |
| Parish/County | City of St. Louis |

### CERTIFICATION OF ATTENDANCE

I certify that the person named herein was in attendance and satisfactorily produced the records requested or gave oral testimony at

On _____

*(Mo, day & year)*

_____

*(Signature of person making service)*

_____

*(Official title, if any)*

Page 2 of Form 136 (07/2024)

EEOC Subpoena No. SL-25-08
Lucas v. NIKE, Inc., Charge No. 551-2024-04996
Exhibit 1, Page 1 of 4

# EXHIBIT 1

**Documents.** For purposes of this subpoena, "documents" includes any documents or electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form.

**Layoff.** For purposes of this subpoena, "layoff" includes any separation of employment initiated by Respondent not due to any fault or misconduct of the employee, but because of business needs, such as lack of work, reduction in force, restructuring, or financial necessity.

**Program(s).** For purposes of this subpoena. As used herein, the terms "**program**" or "**programs**" mean any measures, activities, diversity and inclusion programs, diversity equity and inclusion programs, mentorships agendas, initiatives, endeavors, projects, strategic plans, efforts, systems, groups, organizations, or any other action Respondent has taken, or body Respondent has formed in furtherance of a stated diversity, equity, and/or inclusion goal.

1. Describe or produce documents that show Respondent's organizational structure from June 1, 2019 to the present, including all structural units (brands, divisions, functional units, design teams, etc.); hierarchical authority between units; dates of changes to unit structure; and the names, job titles, and dates in position of each unit head.

2. For each layoff of employees in Respondent's U.S. Corporate workforce from January 1, 2024 to the present, identify:
    a. The date each layoff was implemented;
    b. The departments and positions subjected to the layoff;
    c. For each position subjected to the layoff, the specific criteria and/or factors used to evaluate and select employees for layoff; and
    d. The names and job titles of the individuals who selected employees for layoff.

3. For each layoff identified in response to Request 2 above, produce:
    a. All documents related to implementation of the layoff, including but not limited to documents describing the layoff's purpose, scope, selection criteria, guidelines, and instructions to individuals selecting employees for layoff;
    b. All staffing plans, restructuring plans, and similar documents related to the layoff;
    c. All documents created during the process of evaluating and selecting employees for layoff, including but not limited to notes, memoranda, charts, tables, and lists;

EEOC Subpoena No. SL-25-08
Lucas v. NIKE, Inc., Charge No. 551-2024-04996
Exhibit 1, Page 2 of 4

    d. For all employees in the departments and positions subjected to the layoff, all documents showing the relevant performance metrics and other criteria used to evaluate and select employees for layoff;
    e. All communications with employees selected for layoff regarding their selection;
    f. All documents regarding severance packages, rehire eligibility, and other options for benefits or alternative employment opportunities for employees selected for layoff; and
    g. All public statements by Respondent regarding the layoff.

4. For each layoff identified in response to Request 2 above, produce a sortable database (such as Excel (.xls) or comma delimited file (.csv)), with the first database row containing the field or variable names of the requested information and each subsequent row containing the requested information for each individual, identifying all employees considered or evaluated for potential layoff, including:
   a. First name;
   b. Last name;
   c. Employee number or unique identifier;
   d. Date of birth;
   e. Race / Ethnicity;
   f. Home address;
   g. Mobile phone number;
   h. Email address;
   i. Date of hire;
   j. Department at time of layoff implementation;
   k. Job title at time of layoff implementation;
   l. Whether selected for layoff;
   m. Reason for selection or non-selection for layoff;
   n. Date of layoff (if applicable);
   o. Current department (if applicable);
   p. Current job title (if applicable);
   q. Date of non-layoff separation (if applicable); and
   r. Reason for non-layoff separation (if applicable).

5. Produce all documents relating to Respondent's use of employment of racial or ethnic minority workers as a factor in setting executive compensation from June 1, 2019, to the present

6. To the extent Respondent has tracked or maintained data regarding the employment of racial or ethnic minority employees within its U.S. Corporate workforce, produce that data from June 1, 2019, to the present.

EEOC Subpoena No. SL-25-08
Lucas v. NIKE, Inc., Charge No. 551-2024-04996
Exhibit 1, Page 3 of 4

7. Describe Respondent's "Diverse Slates" process, including when, why, and how it was implemented; how the process worked when it was implemented; any changes to the process since its implementation and why such changes were made; which positions the process applies to; and who oversees application of the process.

8. Produce all job vacancies where "Diverse Slates" was utilized from June 1, 2018, to the present.

9. For Respondent's "DEI Mentorship Program", "Amplify Program", "CNEXT Accelerate Program", "Connected Leaders Academy: Mc Kinsey & Company Executive Leadership Program and McKinsey & Company's Black, Asian, and Hispanic Management Accelerators", "Marketing Vanguard Program", "Serena Williams Design Crew (SWDC) Program", "Converse All Star Design Team Program", "Nike Internship Program(s)", "Native American & Indigenous Leaders Program", "Human Resources Rotational Associate Program", "NikeUNITED Program", "ConverseUNITED Program", "Xcelerate Program", "Focused Leadership Development Program", "Leadership Education for Asian Pacifics", and "Leading Nike Program" identify and describe:
    a. The dates Respondent utilized the program;
    b. The purpose and / or goals of the program;
    c. The departments and positions covered by the program;
    d. Eligibility criteria for the program;
    e. The name, job title, and department of each individual responsible for the operation of the program;
    f. Any third-party vendors involved with the program, including the name, job title, phone number, and email address for Respondent's point of contact with the vendor;
    g. Whether and how the program achieved its purpose; and
    h. If Respondent no longer utilizes the program, the reasons for its termination and identification of the person(s) who decided to terminate the program.

10. For each program identified in Request 9 above, produce a sortable database (such as Excel (.xls) or comma delimited file (.csv)), with the first database row containing the field or variable names of the requested information and each subsequent row containing the requested information for each individual, identifying all individuals who applied to, were considered for, were accepted to / selected for, or were rejected from / not selected for the program from June 1, 2019 through the present, including:
    a. First name;
    b. Last name;
    c. Employee number or unique identifier;
    d. Date of birth;
    e. Race / Ethnicity;
    f. Home address;
    g. Mobile phone number;

EEOC Subpoena No. SL-25-08
Lucas v. NIKE, Inc., Charge No. 551-2024-04996
Exhibit 1, Page 4 of 4

      h. Email address;
      i. Date of hire, if applicable;
      j. Date of separation, if applicable;
      k. Reason for separation, if applicable;
      l. Date of application to the program, if applicable;
      m. Date of consideration for the program, if applicable;
      n. Date of acceptance to / selection for the program, if applicable;
      o. Date of rejection from / non-selection to the program, if applicable;
      p. Positions held with Respondent, including dates in each position; and
      q. Date each position was held with Respondent.

11. For each individual identified in response to Request 10 above, produce a copy of each individual's personnel file and all documents related to their application to, consideration for, acceptance to, selection for, rejection from, non-selection for, and participation in the program.

12. Respondent's FY20 Impact Report states that Respondent "intend[ed] to give all of Respondent's Vice Presidents access to representation data with sharp accountability to deliver on their Diversity & Inclusion (D&I) plans." Related to that statement, identify and produce:
      a. All training, guidance and instructions provided to all employees who were given access to the representation data;
      b. Documents describing all other job positions which were provided access to the representation data;
      c. Produce a copy of the representation data to which each Vice Presidents was given access; and
      d. Produce a copy of the representation data to which any other employees were given access.