UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) ) ) | No. 4:26-mc-00128-CMS |
| NIKE, INC., | ) ) ) | |
| Respondent. | ) | |

## ORDER TO SHOW CAUSE

The Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order requiring Respondent to show cause why a certain Subpoena *duces tecum*, No. SL-25-08, requiring Respondent to produce certain evidence, should not be enforced. The Subpoena was issued on September 30, 2025, for the case of *Lucas v. Nike, Inc.*, Charge No. 551-2024-04996, pursuant to Sections 709 and 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-8 and 2000e-9. The EEOC, having duly served said Subpoena upon Respondent, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the U.S. Marshal serve Respondent with a copy of this Order to Show Cause, the Application on which the Order is based (Doc. 1), and the Memorandum in Support (Doc. 2) on or before the 23rd day of February, 2026; and

**IT IS FURTHER ORDERED** that Respondent must file and serve its answer to the Application no later than the 16th day of March, 2026; and

**IT IS FINALLY ORDERED** that the EEOC and Respondent shall appear on the 2nd day of April, 2026, at 9 a.m. in Courtroom 10 South of the Thomas F. Eagleton United States Courthouse, 111 S. Tenth Street, St. Louis, Missouri, 63102, for Respondent to show cause why Respondent should not be compelled to comply with the Subpoena issued to it.

Failure to comply with this Order may result, without further notice, in the Court's granting of the Application and enforcement of the Subpoena.

Dated this 11th day of February, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE