# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:26-mc-00128-CMS |
| NIKE, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

This Court, having received notice that its Amended Order to Show Cause was returned unexecuted (Doc. 5), orders the following:

**IT IS HEREBY ORDERED** that the U.S. Marshal serve Respondent with a copy of the Amended Order to Show Cause (Doc. 4), the Application on which the Order is based (Doc. 1), and the Memorandum in Support (Doc. 2) on or before the 6th day of March, 2026 at the following address:

United Agent Group Inc.
12747 Olive Boulevard, #300
Saint Louis, MO 63141

Dated this 23rd day of February, 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE