IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Applicant, <br><br> v. <br><br> NIKE, INC., <br><br> Respondent. | Honorable Cristian Stevens <br><br> Case No. 4:26-mc-00128-CMS |

**SECOND DECLARATION OF MICHELLE MCCRAY**

1.      I am Michelle McCray and am employed at NIKE, Inc. ("NIKE" or "the Company") as its VP, Global People Solutions.  I make this declaration in support of NIKE's Motion to Transfer, in the above-captioned matter.

2.      In January 2022, I first became employed at NIKE as its Senior Director, HRCOS Transformation Lead, within the Human Resources team.  In January 2023, I was promoted to the VP, People Solutions – Teammate Experience and Delivery role, also in Human Resources.  As a member of the Human Resources Leadership Team, I oversee and have personal knowledge of NIKE's employee records and human resources systems and processes.

3.      I have personal knowledge of the contents of this declaration based on my role at NIKE, or have knowledge based on my review of information and records gathered by NIKE personnel, and could testify thereto.

4.      I understand that the Equal Employment Opportunity Commission ("EEOC") submitted a Declaration from St. Louis District Office Deputy Director Dilip Gokhale along with the EEOC's response to NIKE's Motion to Transfer (the "Gokhale Declaration").  I have reviewed the Gokhale Declaration and I am competent to respond to and provide context regarding its assertions.

5.     The Gokhale Declaration refers to the website careers.nike.com/career-areas and claims that this website refers to "NIKE jobs in 'Retail,' 'Distribution,' 'Manufacturing,' 'Corporate,' and 'Internships.'" The "Retail," Distribution," and "Manufacturing" referenced on this website concern retail, distribution, and manufacturing positions with subsidiaries of NIKE such as Nike Retail Services, Inc. ("NRS") or Nike IHM, Inc. These are not positions for employment with NIKE.

6.     The Gokhale Declaration further refers to an "Open Positions" webpage that can be found at careers.nike.com/jobs. The Gokhale Declaration states that on this webpage, one can find "5 [open positions] in Missouri, 2 of which are in St. Louis." Each of these advertisements are for open positions at subsidiaries. These are not open positions with NIKE. As of this writing, there are only three open positions in Missouri, each of these positions are within "Retail Stores." Because these positions are in "Retail Stores," the positions are for employment with NRS, not NIKE.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2026 at Beaverton, Oregon.

*Michelle McCray*
Michelle McCray (Apr 9, 2026 08:26:02 PDT)

*Michelle McCray*
Michelle McCray (Apr 9, 2026 08:26:02 PDT)

Michelle McCray