IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Applicant, | ) ) |
| v. | ) Case No. 04:26-mc-00128-CMS |
| NIKE, INC., | ) ) ) |
| Respondent. | ) |

_____

**JOINT MOTION TO CONTINUE HEARING**

Applicant Equal Employment Opportunity Commission and Respondent NIKE, Inc.,

move the Court to continue the upcoming Show Cause Hearing.

1.  The parties are currently scheduled to appear before the Court on Wednesday, June 3, 2026, for a hearing related to the EEOC's Application for an Order to Show Cause why its administrative Subpoena *duces tecum*, No. SL-25-08, should not be enforced.

2.  NIKE continues to produce documents responsive to the EEOC's subpoena, including planned productions that will occur after June 3, and the parties are meeting regularly to discuss issues related to those productions.

3.  Continuing the hearing will promote efficiency and better utilize the parties' and the Court's resources.

WHEREFORE the parties jointly move the Court to continue the Show Cause Hearing to

July 21 or 22, 2026.

Respectfully submitted,

/s/ Andrea G. Baran
ANDREA G. BARAN, MO Bar #46520
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
1222 Spruce St., Rm. 8.100
St. Louis, MO 63103
Phone: (314) 798-1914
andrea.baran@eeoc.gov

ATTORNEY FOR APPLICANT EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION

/s/ Jeff B. Jensen
JEFF B. JENSEN, MO Bar #46745
TORRIDON LAW PLLC
13354 Manchester Rd., Suite 210
St. Louis, MO 63131
Phone: (314) 920-0138
jjensen@torridonlaw.com

ATTORNEY FOR RESPONDENT
NIKE, INC.