IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                                                       )
             Applicant, )
                                                       )
     v. )  Case No. 04:26-mc-00128-CMS
                                                       )
NIKE, INC., )
                                                       )
             Respondent. )

## MOTION TO DISMISS

Applicant Equal Employment Opportunity Commission moves to dismiss this subpoena enforcement action under Federal Rule of Civil Procedure 41(a)(2).

1. On February 4, 2026, the EEOC filed an Application for an Order to Show Cause why the agency's administrative Subpoena *duces tecum*, No. SL-25-08, should not be enforced against Respondent NIKE, Inc.

2. This Court issued an Order to Show Cause, providing NIKE a date by which to answer the EEOC's Application and setting the matter for hearing.

3. On March 16, 2026, NIKE filed its Opposition to the EEOC's Application and a Motion to Dismiss and / or Transfer.

4. Since March 6, 2026, and through August 10, 2026, NIKE has provided information and documents responsive to the EEOC's Subpoena *duces tecum*, No. SL-25-08.

5. In light of NIKE's compliance with the EEOC's Subpoena *duces tecum*, No. SL-25-08, as of August 10, 2026, there is no remaining controversy for this Court to adjudicate.

WHEREFORE, the EEOC moves to dismiss this action under Federal Rule of Civil

Procedure 41(a)(2).

Respectfully submitted,

/s/ Andrea G. Baran
ANDREA G. BARAN #46520 MO
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
1222 Spruce St., Rm. 8.100
St. Louis, MO 63103
Phone: (314) 798-1914
andrea.baran@eeoc.gov

ATTORNEY FOR APPLICANT EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION