UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) | |
| v. | ) ) | Case No. 04:26-mc-00128-CMS |
| NIKE, INC., | ) ) | |
| Respondent. | ) ) | |

## MEMORANDUM AND ORDER

Before the Court is Applicant Equal Employment Opportunity Commission's (EEOC) Motion to Dismiss (Doc. 33) this subpoena enforcement action. On February 4, 2026, EEOC filed an Application for an Order to Show Cause why its Administrative Subpoena, No. SL-25-08, should not be enforced. (Doc. 1). On March 16, 2026, Respondent NIKE, Inc., filed its Motion to Dismiss and/or Transfer. (Doc. 11). This Court set a Show Cause Hearing for April 28, 2026. (Doc. 4). The parties jointly requested several continuances of the Show Cause Hearing (Docs. 29, 31), which this Court granted. Now, EEOC informs the Court that NIKE has complied with the Administrative Subpoena and moves to dismiss this subpoena enforcement action pursuant to Federal Rule of Civil Procedure 41(a)(2).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. The Clerk of Court is directed to close the case.

Dated this 13th day of August 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE