UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Applicant, | ) ) | |
| v. | ) ) | Case No. 04:26-mc-00128-CMS |
| NIKE, INC., | ) ) ) | |
| Respondent. | ) | |

## ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order entered this same date, **IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice.

Dated this 13th day of August 2026.

_____
CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE